■ JOAN SHARON et al., Appellants, v. ACE BUILDERS SUPPLY CO., INC., et al., Respondents.— Judgment unanimously affirmed, with costs of this appeal to respondents, and the appeal from the decision filed December 18, 1957 is dismissed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ GARDNER D. STOUT et al., as Executors of J. AUGUSTUS BARNARD, Deceased, Respondents, v. FLANDERS CLUB et al., Appellants, et al., Defendant.— Order affirmed, with $20 costs and disbursements. Concur — Rabin, M. M. Frank, McNally and Stevens, JJ.; Breitel, J. P., dissents and votes to reverse and deny on the ground that plaintiffs have failed on this record to establish any likelihood of success as a matter of law.

■ MAURICE SINDER et al., Respondents, v. HARRY UMLAS, Appellant.— Order unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.